FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

James A. McDevitt
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA  99210-1494
Telephone:  (509) 353-2767

**CR-06-0109-WFN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DUSTIN M. HAUGEN,

    Defendant.

INDICTMENT

Vio: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 100 Kilograms or More of Marijuana (Count 1)

21 U.S.C. §§ 952(a), 960(b)(2)(G), and 963 Conspiracy to Import 100 Kilograms or More of Marijuana (Count 2)

The Grand Jury Charges:

### COUNT 1

That on or about May 9, 2006, in the Eastern District of Washington, DUSTIN M. HAUGEN did knowingly and intentionally possess with the intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), and 18 U.S.C. § 2.

### COUNT 2

That on or about May 9, 2006, in the Eastern District of Washington, and elsewhere, DUSTIN M. HAUGEN did knowingly and intentionally conspire with Daryl Gilles Desjardins and with other persons, to import into the United States,

INDICTMENT - 1
haugenindictment.wpd

1  from a place outside the United States, specifically, the Province of British
2  Columbia, Canada, 100 kilograms or more of marijuana, a Schedule I controlled
3  substance, in violation of 21 U.S.C. §§ 952(a), 960(b)(2)(G), and 963.

DATED this ___17___ day of October, 2006.

A TRUE BILL

James A. McDevitt
United States Attorney

Aine Ahmed
Assistant United States Attorney

INDICTMENT - 2
haugenindictment.wpd