Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>            Plaintiff, )<br>   )<br>      vs. )<br>   )<br>DUSTIN HAUGEN, )<br>   )<br>            Defendant. ) | CR-06-109-WFN<br><br>Motion for Detention Hearing |

   The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

   1.   <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves:

   ☐   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

   ☐   Maximum penalty of life imprisonment or death,

   ☒   Drug offense with maximum penalty of 10 years or more,

   ☐   Felony, with two prior convictions in above categories,

   ☐   Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

   ☒   Serious risk Defendant will flee, or

   ☐   Serious risk obstruction of justice.

Motion for Detention Hearing - 1
P10506DD.AAA.wpd

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

    ☒ Defendant's appearance as required, or

    ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

    ☒ Drug offense with maximum penalty of 10 years or more,

    ☐ 18 U.S.C. § 924(c) firearms offense, or

    ☐ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

    ☐ At the first appearance, or

    ☒ After a continuance of three days.

DATED May 6, 2011.

Michael C. Ormsby
United States Attorney

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

I hereby certify that on May 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

Motion for Detention Hearing - 2
P10506DD.AAA.wpd