UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE IMBROGNO

### CR-06-109-WFN
### USA v DUSTIN M. HAUGEN

### ARRAIGNMENT / INITIAL APPEARANCE: 5/9/11

| | | | |
|---|---|---|---|
| [ X ] | Honorable Cynthia Imbrogno | [ X ] | Tim Durkin, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Frank Cikutovich, Defense Counsel |
| [ X ] | Shawn Kennicutt, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with retained counsel and was advised of his rights and the allegations contained in the Indictment. "Not guilty" pleas were entered.

The Government has filed a motion for detention; defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

*USATTY ADVISED THAT DISCOVERY IS AVAILABLE*

***BAIL HEARING [S/CI]: 5/12/11 @ 1:30 PM***

FTR/S-740 * 9:00 - 9:06 AM
ARRAIGNMENT / INITIAL APPEARANCE: 5/9/11