Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUSTIN MELVIN HAUGEN, a/k/a ) <br> Dustin M. Haugen, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CR-06-109-WFN <br><br> United States' Sentencing Memorandum |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Aine Ahmed, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following sentencing memorandum.

The Unites States moves that the Court accept the proposed Plea Agreement filed pursuant to Fed.R.Crim.P. 11(c)(1)(C) wherein the parties recommended a sentence of 12 to 28 months in custody. The United States will supply the Court with specific reasons as to why the Court should accept the Plea Agreement, and

United States' Sentencing Memorandum - 1
P20326DD.AAA.wpd

sentence the Defendant in accordance with the parties' joint recommendation at the time of sentencing.

DATED March 26, 2012.

Michael C. Ormsby
United States Attorney

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

United States' Sentencing Memorandum - 2
P20326DD.AAA.wpd

1  I hereby certify that on March 26, 2012, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to the following, and/or I hereby certify that I have
4  mailed by United States Postal Service the document to the following non-
5  CM/ECF participant(s):

Mr. Frank L. Cikutovich
Attorney at Law
1403 West Broadway
Spokane, Washington 99201

*s/Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

United States' Sentencing Memorandum - 3
P20326DD.AAA.wpd