STILEY & CIKUTOVICH, PLLC
1403 W. BROADWAY
SPOKANE, WA  99201
(509) 323-9000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.   CR-06-109-WFN |
| Plaintiff, ) | |
| ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| v. ) | |
| ) | |
| DUSTIN M. HAUGEN, ) | |
| ) | |
| Defendant. ) | |

Defendant, Dustin Haugen, by and through his attorney of record, Frank L. Cikutovich, respectfully submits the following sentencing memorandum in the above cause.

The Defendant will be asking the Court to accept the Plea Agreement filed pursuant to Fed.R.Crim.P. 11(c)(1)(c), and to impose a sentence of credit for time served in this case. Defendant respectfully requests, pursuant to U.S.S.G. §5G1.3, that the Defendant be given credit for the time served at North Fraser Pretrial Centre in British Columbia, where he was held as a result of these charges. The Defendant

SENTENCING MEMORANDUM  1

submits that he was incarcerated in Canada for approximately 3 months in 2006, and then turned himself in on April 26, 2011 to be extradited to the United States. It is the defendant's position that he has served approximately 14 months in custody on this matter.

Defendant's counsel will supply the Court with more specific information regarding the basis for the request for a sentence of time served at the time of sentencing. To inform the Court, the basis for the recommendation includes extraordinary family circumstances and post-offense rehabilitation, along with the factors under USSG § 3553(a).

DATED this 27th day of March, 2012.

          Stiley & Cikutovich, PLLC

          *s/ Frank L. Cikutovich*
          Counsel for Dustin Haugen

SENTENCING MEMORANDUM    2

I hereby certify that on the 27th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following parties:

> Aine Ahmed
> Assistant United States Attorney
> 920 W. Riverside Ave.
> Spokane, WA  99201

    s/***Frank L. Cikutovich***
    Counsel for Dustin Haugen

SENTENCING MEMORANDUM   3